# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00577-CV

**North Lamar Bingo Unit, Appellant**

**v.**

**Elida Harrelson, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-25-000814, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant North Lamar Bingo Unit has filed a motion for extension of time to file its appellant's brief, seeking a 30-day extension to allow the parties to facilitate their negotiated and signed settlement and to end the litigation. Under these circumstances, the Court instead will abate the appeal for 30 days to allow the parties to finalize their settlement. North Lamar Bingo Unit shall submit a motion to dismiss the appeal, a motion to reinstate the appeal, or a status report on the settlement process accompanied by a motion to extend the abatement on or before January 2, 2026.

It is so ordered on December 3, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated

Filed: December 3, 2025